Nancy Morgan RUNNELLS, Individually
and as legal guardian of David
Morgan Firestone, Jr.

v.

David Morgan FIRESTONE.

No. C–7431.

Supreme Court of Texas.

June 29, 1988.

Eugene A. Cook and Richard A. Sheehy, Cook, Davis & McFall, for applicant.

Robert J. Piro and Pamela E. George, Piro & Lilly, Houston, for respondent.

PER CURIAM.

Application for writ of error is denied. However, we expressly decline to approve the court of appeals' interpretation of TEX. PROB.CODE ANN. § 423 (Vernon 1980) and its analysis of *Red v. Red*, 552 S.W.2d 90 (Tex.1977).